AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

IVERSON JOSE HERRERA-GRILLET,
*Plaintiff*
v.
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT BATAVIA FIELD OFFICE,
*Defendant*

Civil Action No. 24-cv-06704-MAV

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ____ recover from the defendant *(name)* ____ the amount of ____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____ .

☒ other:   Respondent's motion to dismiss is DENIED AS MOOT, and the petition is DISMISSED. The Clerk of Court is directed to close this case.

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

☒ decided by Judge   Meredith A. Vacca   on a motion for dismissing petition.

Date:   05/06/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*